IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD MEYER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL TENANT NETWORK, INC.,<br><br>Defendant. | Case No.: C-13-03187 JSC<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT** |

Now pending before the Court is Defendant's motion to dismiss Plaintiffs' Complaint. (Dkt. No. 7.) Because Plaintiffs have filed an Amended Complaint within 21 days after service of Defendant's motion pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), the Court DENIES Defendant's motion to dismiss as moot.

IT IS SO ORDERED.

Dated: October 8, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

United States District Court
Northern District of California