IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| HAROLD MEYER and PHYLLIS MEYER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL TENANT NETWORK, INC.,<br><br>Defendant. | C.A. No.: 3:13-cv-03187-JSC<br><br>[~~PROPOSED~~] ORDER RE: AMENDED CASE SCHEDULE |

The parties having submitted a joint application dated October 30, 2013 to extend the deadlines set forth at Dk. Nos. 21 and 22, the Court now modifies the schedule in this matter as follows:

° Plaintiffs shall file their opposition to the Defendant's motion to dismiss the amended complaint by December 3, 2013.

° Defendant shall file its reply in support of its motion to dismiss the amended complaint by December 17, 2013

° The hearing on Plaintiff's motion for class certification will occur on January 16, 2014 at 9:00 a.m. in Courtroom F, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

Dated: November 1, 2013

*Jacqueline S. Corley*
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE