**LEWIS BRISBOIS BISGAARD & SMITH** LLP
PAMELA M. FERGUSON, SB# 202587
  Email: Pamela.Ferguson@lewisbrisbois.com
SHAHRAM NASSI, SB# 239812
  Email: Shahram.Nassi@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile: 415.434.0882

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
MICHAEL K. GRIMALDI, SB# 280939
  Email: Michael.Grimaldi@lewisbrisbois.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant NATIONAL TENANT NETWORK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| HAROLD MEYER and PHYLLIS MEYER,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL TENANT NETWORK, INC.,<br><br>Defendant.<br>                    Defendants. | CASE NO. 3:13-CV-03187-JSC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND MEDIATION COMPLETION DATE** |

  Plaintiffs HAROLD MEYER and PHYLLIS MEYER ("Plaintiffs") and defendant NATIONAL TENANT NETWORK, INC. ("NTN") (Plaintiffs and NTN are hereinafter referred to collectively as "the Parties"), together by and through their respective attorneys of record, hereby stipulate as follows:

  WHEREAS Plaintiffs filed this purported class action lawsuit against NTN on July 10, 2013;

  WHEREAS NTN filed an FRCP 12(b)(6) motion to dismiss against Plaintiff's complaint on September 23, 2013;

1  WHEREAS on September 26, 2013, this Honorable Court issued an Order referring this matter to Mediation;

3  WHEREAS per ADR L.R. 6-4 the Parties are required to complete mediation within 90 days of the Court's Order referring this matter to mediation, or December 26, 2013;

5  WHEREAS on October 7, 2013 in lieu of filing an opposition to NTN's motion to dismiss, Plaintiffs filed an amended complaint against NTN;

7  WHEREAS NTN filed an FRCP 12(b)(6) motion to dismiss against Plaintiffs' amended complaint on October 21, 2013;

9  WHEREASthe Parties do not believe that this matter is ripe for mediation while Defendant's Motion to Dismiss is pending and the pleadings are not yet settled;

11  WHEREAS the initial Case Management Conference and the hearing on NTN's motion to dismiss are both scheduled for January 16, 2014;

13  WHEREAS the Parties' initial disclosures per FRCP Rule 26 and the Parties' joint Case Management Conference Statement are due on December 19, 2013;

15  WHEREAS the Parties have not exchanged initial disclosures until the pleadings are settled;

17  WHEREAS the Parties request the Court continue and extend the mediation completion deadline to 90 days after the initial Case Management Conference of January 16, 2014;

19  WHEREAS the Parties believe an extension of the deadline to complete mediation is warranted in this matter so that the Parties can engage in a meaningful and efficient mediation once the pleadings are settled, the case is at issue and initial disclosures have been completed.

22  THEREFORE IT IS STIPULATED by and between Plaintiffs and NTN that deadline for completion of mediation shall be extended for period of ninety days (90), from the initial Case Management Conference date of January 19, 2014 to April 21, 2014.

25  IT IS SO STIPULATED.

26  ///

27  ///

28  ///

| | |
|---|---|
| DATED: November 18, 2013 | **LEWIS BRISBOIS BISGAARD & SMITH** LLP |
| | By:     /s/ Shahram Nassi |
| | Pamela M. Ferguson |
| | Shahram Nassi |
| | Michael K. Grimaldi |
| | Attorneys for Defendant |
| | NATIONAL TENANT NETWORK, INC. |
| | |
| DATED: November 18, 2013 | **FRANCIS & MAILMAN, P.C.** |
| | By:     /s/ James A. Francis |
| | JAMES A. FRANCIS |
| | JOHN SOUMILAS |
| | DAVID A. SEARLES |
| | Attornyes for Plaintiffs |

## ORDER

Based on the foregoing stipulation of the Parties **THE COURT HEREBY ORDERS AND DECREES** that the deadline for the Parties to engage in mediation is **EXTENDED** to April 21, 2014, or as soon thereafter as the schedules of the Parties, their respective counsel, and the appointed mediator, will allow.

IT IS SO ORDERED.

Dated: November 19, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE