United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HAROLD MEYER, et al.,

          Plaintiffs,

   v.

NATIONAL TENANT NETWORK, INC.,

          Defendant.

Case No.: C-13-03187 JSC

**SCHEDULING ORDER**

     Following the January 16, 2014 Case Management Conference, the Court adopts the parties' schedule with respect to Plaintiffs' anticipated motion for class certification:

| | |
|---|---|
| Motion for class certification due on: | August 21, 2014 |
| Opposition to motion for class certification due on: | September 30, 2014 |
| Reply in support of motion for class certification due on: | October 30, 2014 |
| Hearing on motion for class certification: | December 4, 2014 |

     IT IS SO ORDERED.

United States District Court
Northern District of California

1   Dated: January 17, 2014

2                                                    _____
                                                     JACQUELINE SCOTT CORLEY
3                                                    UNITED STATES MAGISTRATE JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28