Andrew J. Ogilvie (SBN 57932)
Carol M. Brewer (SBN 214035)
**ANDERSON, OGILVIE & BREWER**
235 Montgomery Street, Suite 914
San Francisco, California 94104-3000
Telephone: (415) 651-1952
Facsimile: (415) 500-8300
andy@aoblawyers.com
carol@aoblawyers.com


James A. Francis (*pro hac vice*)
John Soumilas (*pro hac vice*)
David A. Searles (*pro hac vice*)
**FRANCIS & MAILMAN, P.C.**
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia PA 19110
Telephone:  (215) 735-8600
Facsimile:  (215) 940-8000
jfrancis@consumerlawfirm.com
jsoumilas@consumerlawfirm.com
dsearles@consumerlawfirm.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| HAROLD MEYER and PHYLLIS MEYER, <br><br> Plaintiffs, <br><br> vs. <br><br> NATIONAL TENANT NETWORK, INC., <br><br> Defendant. | CASE NO. 3:13-CV-03187-JSC <br><br> **STIPULATION OF DISMISSAL** |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, on this 24th day of October, 2014, by and between Plaintiff and Defendant National Tenant Network, Inc. that pursuant to Fed. R. Civ. P. 41, this action be dismissed with prejudice, with each party to bear their own attorney's fees,

1    costs and expenses incurred.

2        IT IS SO STIPULATED.

3

4    DATED: October 24, 2014             **LEWIS BRISBOIS BISGAARD & SMITH** LLP

5

6                                        By:    _/s/ Shanram Nassi_____
                                                Pamela M. Ferguson
7                                               Shahram Nassi
                                                Michael K. Grimaldi
8                                               Attorneys for Defendant
                                                NATIONAL TENANT NETWORK, INC.
9

10   DATED: October 24, 2014             **FRANCIS & MAILMAN, P.C.**

11

12                                       By:    _/s/  John Soumilas_____
                                                JAMES A. FRANCIS
13                                              JOHN SOUMILAS
                                                DAVID A. SEARLES
14                                              Attornyes for Plaintiffs

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

HAROLD MEYER and PHYLLIS MEYER,

          Plaintiffs,

     vs.

NATIONAL TENANT NETWORK, INC.,

Defendant.

CASE NO. 3:13-CV-03187-JSC

## <u>ORDER</u>

Based on the foregoing stipulation of the Parties, **THE COURT HEREBY ORDERS AND DECREES** that the case is **DISMISSED WITH PREJUDICE**, with each party to bear their own attorney's fees, costs and expenses incurred.

IT IS SO ORDERED.

Dated: _____          _____

                                        JACQUELINE SCOTT CORLEY
                                        UNITED STATES MAGISTRATE JUDGE