UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

HAROLD MEYER and PHYLLIS MEYER,

     Plaintiffs,

  vs.

NATIONAL TENANT NETWORK, INC.,

Defendant.

CASE NO. 3:13-CV-03187-JSC

# **ORDER**

    Based on the foregoing stipulation of the Parties, **THE COURT HEREBY ORDERS AND DECREES** that the case is **DISMISSED WITH PREJUDICE**, with each party to bear their own attorney's fees, costs and expenses incurred.

    IT IS SO ORDERED.

Dated: October 27, 2014                        _____

                                 JACQUELINE SCOTT CORLEY
                                 UNITED STATES MAGISTRATE JUDGE